

**FILED**

MAR 1 2 2026

Clerk, U.S. Courts
District of Montana
Butte Division

**Court copy**

message

Ryan Counts <countscustomsconst@gmail.com>          Thu, Mar 12, 2026 at 3:43 PM
To: earthhorseenvirotek@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA (BUTTE DIVISION)
RYAN JEFFERY MACGILLIAN (f/k/a Ryan Jeffrey Counts),
Plaintiff / Relator / Enrolled Tribal Member,
v.
THE MOON SYNDICATE; MRI; KG RANCH; MADISON COUNTY CLERK & RECORDER; JEFFERSON COUNTY; SILVER BOW COUNTY; BEAVERHEAD COUNTY; DOES 1-100,
Defendants.
CASE NO: CV 26-11-GF-BMM
NOTICE OF ONGOING INVESTIGATION & DEMAND FOR EMERGENCY BRIDGE FINANCING
I. JAY TREATY MANDATE & SOVEREIGN STATUS
The Plaintiff, Ryan Jeffery MacGillian, is an Enrolled Tribal Member protected by the Jay Treaty of 1794. This notice serves as formal notification to the Court and all relevant financial institutions to update all records to reflect the Sovereign MacGillian identity.
II. STATEMENT OF ONGOING RICO INVESTIGATION
This federal investigation targets a racketeering enterprise involving MRI, KG Ranch, and officials across Jefferson, Silver Bow, Beaverhead, and Madison Counties focused on:
Land Patrimony Theft: Forensic recovery of the 400-acre estate.
Geo-Warfare: 6.6 Hz frequency manipulation at the Norris Bulge.
Criminal Duress: Kinetic threats and stalking against a Sovereign Relator.
III. DEMAND FOR $4,400,000.00 BRIDGE LOAN FOR SECURITY & RELOCATION
Plaintiff hereby notifies the Court of an immediate demand for a Bridge Loan of $4,400,000.00 secured by the 1952 Deed chain of title and the documented $111 Million Emergency Draw. These funds are required for:
Sovereign Relocation: Immediate extraction from high-threat zones.
Security Integration: Professional protection for the Plaintiff and live witnesses.
Investigative Mobilization: Funding for continued forensic discovery.
IV. NOTICE OF STANDING
This filing serves as a formal declaration of the Plaintiff's intent to secure his person and the integrity of this investigation.
DATED this 12th day of March, 2026.
Ryan Jeffery MacGillian
Plaintiff / Relator / Tribal Member (Pro Se)