# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| RYAN COUNTS,<br><br>                    Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., KICKOFF LENDING, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC.,<br><br>                    Defendants. | **No. CV 26-11-BU-BMM**<br><br><br><br>**ORDER** |

Ryan Counts ("Counts") filed this action on February 5, 2026. (Doc. 1.) Counts then filed an emergency motion on February 5, 2026. (Doc. 2.) The Court instructed Counts on February 9, 2026, that he must serve Defendants within 90 days after he filed the complaint, or by May 6, 2026, according to Fed. R. Civ. P. 4(m). (Doc. 4.) Counts filed a motion for leave to file proprietary trade secrets under seal on February 13, 2026. (Doc. 6.) The Court again informed Counts that it could not rule on his emergency motion or his motion for leave to file proprietary trade secrets until Counts files proof of service with the Court. (Doc. 10.) Counts voluntarily dismissed the following claims on June 5, 2026: (1) his claims under the Racketeer

1

Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1961-1968; and (2) all his claims against Defendants Silver Bow County, Jefferson County, Madison County, and MRI BP Cerebral County. (Doc 15.)

Counts also filed a motion for leave to proceed in forma pauperis. (Doc. 5.) The Court granted Counts's motion for leave to proceed in forma pauperis. (Doc. 9.) Counts filed a motion on May 6, 2026, asking the Court to grant a 30-day extension on Counts's deadline to serve defendants. (Doc. 12.) The Court granted Counts's request for extension. (Doc. 13.) Counts next filed a motion requesting service of process by the U.S. Marshals Service pursuant to Fed. R. Civ. P. 4(c)(3). (Doc. 14.) Counts now requests that the Court issue summons on Defendants Kickoff Lending, Inc., Experian Information Solutions, Inc., Transunion LLC, Equifax Information Services, LLC. (*Id*.)

Counts is entitled to have his Complaint and summonses served by the United States Marshal because he is proceeding in forma pauperis. Fed. R. Civ. P. 4(c)(3). Counts is obligated to provide the Court with an appropriate address for service on Defendants. *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994) (*overruled on other grounds Sandin v. Conner*, 515 U.S. 472, 483-84 (1995)). Counts has provided the Court with addresses and information for Defendants sufficient to effect service of summons and Counts's Complaint.

Accordingly, **IT IS ORDERED** that the U.S. Marshals Service is directed to effectuate service of summons and Counts's Complaint on the remaining Defendants, Kickoff Lending, Inc., Experian Information Solutions, Inc., Transunion LLC, Equifax Information Services, LLC, using the addresses and information provided by Counts (Doc. 14), by certified mail.

DATED this 25th day of June, 2026.

Brian Morris, Chief District Judge
United States District Court